IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

JOYCE M. BUMBREY,

                        Plaintiff,

        v.                       Civil Action Number 3:08cv333

MICHAEL J. ASTRUE,
Commissioner of Social Security,

                        Defendant.

## **ORDER**

This matter is before the Court on the Report and Recommendation of the Magistrate Judge (R&R) entered on November 24, 2008. The time to file objections has expired and neither party has objected to the R&R. Having considered the matter and deeming it otherwise proper and just to do so, it is hereby ORDERED:

(1) The Report and Recommendation of the Magistrate Judge is ACCEPTED and ADOPTED as the OPINION of the Court.

(2) Plaintiff's Motion for Summary Judgment (docket entry no. 14) is DENIED.

(3) Defendant's Motion for Summary Judgment (docket entry no. 16) is GRANTED.

(4) The decision of the Commissioner is AFFIRMED.

(5) This case is CLOSED.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

<u>December 11, 2008</u>                      <u>       /s/       </u>
DATE                              RICHARD L. WILLIAMS
                                  SENIOR UNITED STATES DISTRICT JUDGE